IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. SMITH

      Plaintiff,                        No. CIV S-11-0738 MCE GGH (TEMP) P

    vs.

COALINGA STATE HOSPITAL

      Defendant.                    <u>ORDER</u>

_____/

       Plaintiff is involuntarily confined to a state mental hospital in Coalinga, California. He has filed a civil rights action, proceeding pro se, under 42 U.S.C. § 1983. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1.  This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2.  All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

8

9  DATED: April 27, 2011

10

11     /s/ Gregory G. Hollows
    GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

12

13

14  hm
    smit0738.22

15

16

17

18

19

20

21

22

23

24

25

26

2